IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN T. TURNER,

    Plaintiff,

v.

                                                          Case No. 21-cv-716-jdp

GARY BOUGHTON, MARK KARTMAN,
HEIDI BROWN, MS. KROENING, JONI
SHANNON-SHARPE, MR. BROOKS,
SGT. WINGER, DR. SCHWENN, and
LEBBEUS BROWN,

    Defendants.

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | November 17, 2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |