IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GLENN TURNER,

    Plaintiff,

v.

GARY BOUGHTON, et al

    Defendants.

ORDER

Case No.  21-cv-716-jdp

    Plaintiff Glenn Turner a prisoner in the custody of the Department of Corrections, has submitted a proposed complaint and has paid the $402 filing fee.[1] Because plaintiff is a prisoner, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

    Accordingly, IT IS ORDERED that plaintiff Glenn Turner's complaint is taken under advisement pursuant to 28 U.S.C. § 1915A. Plaintiff will be notified promptly when such a decision has been made. In the meantime, if plaintiff needs to communicate with the court about this case, plaintiff should be sure to write the case number shown above on any communication.

    Entered this 30th day of November, 2021.

    BY THE COURT:

    /s/
    PETER OPPENEER
    Magistrate Judge

---

[1] Effective December 1, 2020, the total filing fee for a civil action is $402 (the $350 statutory fee plus the $52 miscellaneous administrative fee).